## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of NY | County of NEW YORK | United States District Court |

Case Number: 1:19-CV-6348

Plaintiff:
GUOCHANG MA

vs.

Defendant:
DH NEWLAND CORP. & DUFAN LI

Received by DJ&H PROCESS SERVICE INC. to be served on DUFAN LI, 1268 AMSTERDAM AVENUE, NEW YORK, NY 10027.

I, YEHONATAN JACOBS, being duly sworn, depose and say that on the 6th day of August, 2019 at 1:59 pm, I:

Personally served an AUTHORIZED agent a true copy of a NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING and SUMMONS AND COMPLAINT, CIVIL COVER SHEET & JUDGE'S LOCAL RULES to SHAAIDA SUN (OFFICE ASSISTANT) at the address of: 1268 AMSTERDAM AVENUE, NEW YORK, NY 10027 who states that he/she is authorize to accept service for DUFAN LI and informed said party of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: Asian, Height: 5'4", Weight: 110, Hair: Black, Glasses: N

I Yehonatan Jacobs, being duly sworn, deposed and says: That I am not a party of this action, over the age of eighteen years and resides in Queens County, New York.

Sworn to me on this date: 08/06/2019

JULES DOODNATH
Notary Public, State of New York
No. 01D06216465
Qualified in Queens County.
Commission Expires January 19, 2022

YEHONATAN JACOBS
2086390-DCA

DJ&H PROCESS SERVICE INC.
111-13 115th Street
South Ozone Park, NY 11420
(718) 843-1184

Our Job Serial Number: JDD-2019001106

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n